IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JOVAN WEBB,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF WATERLOO, WATERLOO POLICE OFFICERS THOMAS FREIN and MARK NISSEN, and AS-YET UNKNOWN WATERLOO POLICE OFFICERS,<br><br>     Defendants. | No. C15-2061<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

This matter comes before the Court on the Motions for Admission Pro Hac Vice (docket numbers 3, 4, and 5) filed by attorneys Arthur Loevy, Jon Loevy, and Mark Loevy-Reyes on August 7, 2015. The Court finds the motions should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motions for Admission Pro Hac Vice (docket numbers 3, 4, and 5) are hereby **GRANTED**. Attorneys Arthur Loevy, Jon Loevy, and Mark Loevy-Reyes are authorized to appear on behalf of Plaintiff in this case.

DATED this 7th day of August, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA